■ In the Matter of William J. Strong, Appellant, v Linda A. Strong, Respondent. [924 NYS2d 888]—Appeal from an order of the Family Court, Wayne County (Dennis M. Kehoe, J.),

entered July 12, 2010 in a proceeding pursuant to Family Court Act article 4. The order denied the objections of petitioner to the order of the Support Magistrate dismissing his petition for a modification of support.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court. Present—Scudder, P.J., Smith, Carni, Sconiers and Green, JJ.